UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC., a California corporation and MARVELL TECHNOLOGY GROUP, LTD, a Bermuda corporation,<br><br>    Defendants. | CASE NO.: 16-cv-0817-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS MARVELL SEMICONDUCTOR, INC. AND MARVELL TECHNOLOGY GROUP, LTD TO RESPOND TO COMPLAINT** |

1  This matter having come before the Court on the Joint Motion to Extend Time for Defendants MARVELL SEMICONDUCTOR, INC. and MARVELL TECHNOLOGY GROUP, LTD to Respond to Complaint ("Joint Motion");

The Court hereby **GRANTS** the Joint Motion; and

**THE COURT HEREBY ORDERS** as follows:

MARVELL SEMICONDUCTOR, INC. and MARVELL TECHNOLOGY GROUP, LTD shall have until July 12, 2016 to respond to the Complaint.

Dated: May 3, 2016

_____
Hon. Dana M. Sabraw
United States District Judge