1  ADAM GARSON (Bar No. 240440)
2  GAZDZINSKI & ASSOCIATES, PC
   750 B Street, Suite 1600
3  San Diego, CA 92101
4  Telephone: (858) 675-1670
   Email: adam.garson@gazpat.com
5

6  Attorneys for Plaintiff
7  SPECTRA LICENSING GROUP, LLC

8
9
10              UNITED STATES DISTRICT COURT
11             SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC., a California corporation and MARVELL TECHNOLOGY GROUP, LTD, a Bermuda corporation,<br><br>        Defendants. | CASE NO.: 16-cv-0817-DMS-MDD<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS MARVELL SEMICONDUCTOR, INC. AND MARVELL TECHNOLOGY GROUP, LTD TO RESPOND TO COMPLAINT**<br><br>JURY TRIAL DEMANDED |

1  Plaintiff SPECTRA LICENSING GROUP, LLC ("SPECTRA"), Defendant MARVELL SEMICONDUCTOR, INC. ("MSI"), and Defendant MARVELL TECHNOLOGY GROUP, LTD ("MTGL"), by and through their respective counsel, hereby file this joint motion to extend the date for response to the Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 7.2 and 12.1 and Waiver of the Service of Summons by MTGL pursuant to Federal Rule of Civil Procedure 4(d).

WHEREAS SPECTRA filed the Complaint in this action on April 5, 2016 (Docket No. 1), and served the Complaint and Summons on MSI's Registered Agent of Service of Process on April 7, 2016;

WHEREAS MSI's response to the Complaint is currently due on April 28, 2016;

WHEREAS MSI and MTGL are in the process of engaging outside counsel (at this time, the below signed counsel for MSI and MTGL is appearing only for purposes of this stipulation). SPECTRA, MSI and MTGL have agreed to a seventy-five (75) day extension of time in order to allow time for MSI and MTGL to use to complete arrangements for retention of outside counsel, review/analyze the allegations in the Complaint, and respond in any manner, including by way of answer, motion, or other pleadings, to SPECTRA's Complaint;

WHEREAS MTGL agrees to waive any objections to the absence of a summons or of service in this case only; SPECTRA, MSI and MTGL have otherwise agreed that this motion shall be without prejudice or waiver with respect to any rights, claims, defenses, motions, or objections MSI and/or MTGL may have or make with respect to jurisdiction, venue and/or the claims; and

WHEREAS SPECTRA, MSI and MTGL believe that good cause exists to extend the time for response to Plaintiff's Complaint by seventy-five (75) days.

NOW THEREFORE, SPECTRA, MSI and MTGL jointly move for an order setting a deadline of July 12, 2016 for MSI and MTGL to respond (via answer, motion or other pleadings) to SPECTRA's Complaint.

Respectfully submitted,

Dated: April 27, 2016            GAZDZINSKI & ASSOCIATES, PC


*/s/ Adam S. Garson*
By:   Adam Garson
        Attorney for Plaintiff


Dated: April 27, 2016            W̲ILMER C̲UTLER P̲ICKERING
                                 H̲ALE AND D̲ORR LLP


*/s/ Keith L. Slenkovich*
By:   Keith L. Slenkovich
        Attorneys for Defendants
        MSI and MTGL

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Keith Slenkovich, counsel for MSI and MTGL for purposes of this joint motion and waiver of the service of summons, and that I have obtained Mr. Slenkovich's authorization to affix his electronic signature hereto.

Dated: April 27, 2016               GAZDZINSKI & ASSOCIATES, PC

                                    */s/ Adam S. Garson*
                                    By:   Adam Garson
                                          Attorney for Plaintiff