ADAM GARSON, (SBN 240440)
GAZDZINSKI & ASSOCIATES, PC
16644 WEST BERNARDO DRIVE, S
SAN DIEGO, CA  92127
800-675-1670
Attorney for: SPECTRA LICENSING GROUP, LLC, ETC.

Ref. No.      : 1522688-01
Atty. File No. : 16CV0817 BAS MDD

UNITED STATES DISTRICT COURT
SOUTHERN

| | |
|---|---|
| PLAINTIFF : SPECTRA LICENSING GROUP, LLC, ETC. | Case No. : 16CV0817 BAS MDD |
| DEFENDANT : MARVELL SEMICONDUCTOR, INC., ET AL. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the  SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT
   INFRINGEMENT; CIVIL COVER SHEET

3. a. Party Served   : MARVELL SEMICONDUCTOR, INC., A CALIFORNIA CORPORATION
                       AUTHORIZED AGENT FOR SERVICE: CT CORP
   b. Person Served  : VIVIAN IMPERIAL, PROCESS SPECIALIST
                       (AGENT FOR CT CORPORATION SYSTEM)

4. Address where the party was served: 818 WEST SEVENTH STREET     SUITE 930
                                       LOS ANGELES, CA  90017   (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on  April  7,  2016   (2) at: 09:15 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: MARVELL SEMICONDUCTOR, INC., A CALIFORNIA CORPORATION
                    AUTHORIZED AGENT FOR SERVICE: CT CORP
   under   [xx]   CCP 416.10   (corporation)

7. **Person who served papers**
   a. DANIEL MARIN
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee For Service : $ 117.75
   e. I am
      (3)  a registered California process server
           (i)   an employee
           (ii)  Registration No.: 2014157066
           (iii) County: LOS ANGELES,

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  April  7, 2016                   Signature: _____
                                                         DANIEL MARIN

Jud. Coun. form, rule 982.9                      **PROOF OF SERVICE**
JC Form POS 010 (Rev. July 1, 2004)