# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SPECTRA LICENSING GROUP, LLC, a California corporation, Plaintiff, v. MARVELL SEMICONDUCTOR, INC., a California corporation and MARVELL TECHNOLOGY GROUP, LTD, a Bermuda corporation, Defendants. | CASE NO. 16cv0817 DMS (MDD)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |
|---|---|

A telephonic status conference was held on July 28, 2016. Adam Garson appeared for Plaintiff, and Ian Washburn and Ben Hattenbach appeared for Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. The Court will proceed with the pending motion to transfer venue as currently scheduled. If the Court denies that motion, it will issue a briefing schedule and set a hearing date on Defendants' proposed motion to dismiss.

DATED: July 28, 2016

HON. DANA M. SABRAW
United States District Judge