# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC, a California corporation,<br><br>                              Plaintiff,<br>v.<br>MARVELL SEMICONDUCTOR, INC., a California corporation and MARVELL TECHNOLOGY GROUP, LTD, a Bermuda corporation,<br><br>                              Defendants. | CASE NO. 16cv0817 DMS (MDD)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motion to transfer venue is currently scheduled for hearing on August 12, 2016. The Court has reviewed the parties' briefs, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the August 12, 2016 hearing is vacated.

**IT IS SO ORDERED**.

DATED: August 8, 2016

_____
HON. DANA M. SABRAW
United States District Judge